BROOKS *et al. v.* GEORGIA HOME INSURANCE COMPANY.

*Simmons, C. J.*—A policy of fire insurance stipulating, among other things, "that no suit or action against this company for the recovery of any claim by virtue of this policy shall be sustainable in any court, . . unless commenced within twelve months next after loss shall have occurred," an action upon such policy brought more than twelve months after the destruction by fire of the property insured was barred, and the court properly granted a nonsuit. See *Melson* v. *Phenix Insurance Co.* and *Maril* v. *Home Insurance Co.,* 97 *Ga.* 722, and authorities cited.                    *Judgment affirmed.*

May 19, 1896. By two Justices. Argued at the last term.

Action on insurance policy. Before Judge Janes. Polk superior court. February term, 1895.

*F. A. Quillian* and *Irwin & Bunn,* for plaintiffs.
*Blance & Fielder,* for defendant.

---

STUCKEY & CO. *v.* ETNA FURNACE CO.

*Simmons, C. J.*—The first general grant of a new trial will be affirmed as of course.                    *Judgment affirmed.*

May 19, 1896. By two Justices. Argued at the last term.

Action on contract. Before Judge Janes. Polk superior court. August term, 1894.

*W. W. Vandiver, J. W. Ewing, Irwin & Bunn* and *Dean & Dean,* for plaintiff.
*D. B. Hamilton* and *Blance & Fielder,* for defendant.